UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ADONICA SHAW, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 26-14062-LTS |
| CITY OF BOSTON, et al., | ) | |
| Defendants. | ) | |

ORDER

September 9, 2026

SOROKIN, J.

1. Plaintiff's motion for leave to proceed *in forma pauperis*, Doc. No. 2, is ALLOWED.

2. Plaintiff's motion to appoint counsel, Doc. No. 3, is DENIED without prejudice to renewing after the summons and complaint are served and the defendants filed a response.

3. The Clerk shall issue summonses for service of the complaint and shall send the summonses, a copy of the complaint, and this Order to Shaw, who must serve these documents on the named Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

4. Because Shaw is proceeding *in forma pauperis*, she may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If so asked by the plaintiff, the USMS shall serve copies of the summons, complaint, and this Order upon the defendants as directed by plaintiff. The plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form

for each party to be served. The Clerk shall provide the plaintiff with forms and instructions for service by the USMS.

5. Shaw shall have 90 days from the date of the issuance of the summonses to complete service.

.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge